UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-2009-KK** | Date: | June 3, 2022 |
|---|---|---|---|

| Title: | *Mostafa Shaheen v. United States of America, et al.* |
|---|---|

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:  (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On April 28, 2021, Plaintiff Mostafa Shaheen ("Plaintiff") filed a First Amended Complaint for discrimination based on perceived disability in violation of the Americans with Disabilities Act, retaliation, and failure to accommodate against Defendant Denis R. McDonough, Secretary of Veterans Affairs ("Defendant"). ECF Docket No. ("Dkt.") 30. On May 11, 2011, Defendant filed an Answer. Dkt. 32. On July 6, 2021, the Court approved the parties' consent to proceed before the undersigned United States Magistrate Judge for all purposes. Dkt. 36.

On July 16, 2021, the Court issued a Civil Trial Scheduling Order requiring the parties to participate in a mediation no later than June 24, 2022. Dkt. 25. In addition, the parties were ordered to file a Joint Report regarding the outcome of the mediation, the likelihood of possible further discussions, and any assistance the Court may provide with regard to settlement negotiations "**not later than seven (7) days after**" the mediation. Id. at 4:17-20 (emphasis in original).

On May 25, 2022, the parties participated in a mediation with panel mediator Linda Krieger, but were unable to reach an agreement. Dkt. 47. The parties' Joint Report was, thus, due no later than June 1, 2022. The parties have failed to file a Joint Report. The parties are therefore in violation of the July 16, 2021 Order.

Consequently, under Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for lack of prosecution or for failure to comply with any court order. See FED. R. CIV. P. 41(b). However, before dismissing this action, the Court will afford Plaintiff an

opportunity to explain his failure to file the required report as directed by this Court's July 16, 2021 Order.

      Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including June 10, 2022** to respond to this Order.  Plaintiff may discharge this Order to Show Cause by filing the required Joint Report **by June 10, 2022**.

      **Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  See FED. R. CIV. P. 41(b).**

      **IT IS SO ORDERED.**