JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MOSTAFA SHAHEEN, | Case No. EDCV 20-2009-KK |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Denis McDonough, Secretary, United States Department of Veteran Affairs and the above-captioned action is DISMISSED with prejudice.

Dated: August 11, 2022

HONORABLE KENLY KIYA KATO
United States Magistrate Judge